[No. 1095-2.    Division Two.    November 22, 1974.]

TIMOTHY R. OSBORNE, *Appellant*, v. JULIA ANN K. DOWNING *et al.*, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 213189, Stanley W. Worswick, J., entered May 14, 1973. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Armstrong and Petrie, JJ.

[No. 784-3.    Division Three.    November 22, 1974.]

ROY W. HAGLE *et al.*, *Appellants*, v. LEWIS S. OLSEN *et al.*, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 26242, Richard G. Patrick, J., entered December 14, 1972. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 2504-1.    Division One.    November 25, 1974.]

CORPORATION OF THE CATHOLIC ARCHBISHOP OF ANCHORAGE, *Appellant*, v. NORTHWEST MILLWORK, INCORPORATED, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 760072, William C. Goodloe, J., entered August 6, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 2094-1.    Division One.    November 25, 1974.]

CAROL J. PETERS, *as Guardian, Appellant*, v. JAMES D. HAMERLY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 727463, Lloyd W. Bever, J., entered December 14, 1972. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, C.J., and Callow, J.